MAUDE A. DEELEY, Appellant, *v.* CARL HEINTZ, Respondent.

Reported below, 40 App. Div. 612.
(Submitted January 28, 1901; decided February 1, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact were supported by the evidence; that the exceptions taken at the trial were frivolous, and there is no question of law involved.

*Henry W. Rudd* for motion.

*Leopold Sondheim* opposed.

Motion denied, with ten dollars costs.